# United States Court of Appeals for the Federal Circuit

**BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S., BORUSAN MANNESMANN PIPE U.S. INC.,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, WHEATLAND TUBE, NUCOR TUBULAR PRODUCTS INC.,**
*Defendants-Appellees*

2021-2097

Appeal from the United States Court of International Trade in No. 1:20-cv-00015-JAR, Senior Judge Jane A. Restani.

## MANDATE

In accordance with the judgment of this Court, entered March 15, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

May 8, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court